JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CLARK FARRELL, Debtor, <br><br> BETTY JANE FARRELL, Appellant, <br><br> v. <br><br> Karen Sue Naylor, Trustee, Appellee. | Case No. SA CV 21-01377-DSF <br><br> JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Appellant not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of appellant to file the following: (i) a designation of the record; (ii) a statement of issues on appeal; and (iii) a notice regarding the ordering of transcripts.

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: October 20, 2021

                                                 Dale S. Fischer <br>
                                                 United States District Judge